**Craig L. JONES, Defendant/Appellant,**

v.

**STATE of Missouri,
Plaintiff/Respondent.**

No. 59559.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 1, 1991.

Ellen H. Flottman, Columbia, for defendant-appellant.

William L. Webster, Atty. Gen., Elizabeth Ziegler, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Movant appeals from the denial of his Rule 27.26 (now repealed) motion for post conviction relief.

Movant alleges his counsel was ineffective because counsel: (1) failed to move for

a change of venue in the face of pretrial publicity; and (2) advised him not to testify and failed to inform him that if he testified the jury would be instructed they could not use his prior convictions in determining movant's guilt.

Movant's first point fails because movant has not proven, but for counsel's failure to request a change of venue, the result of the trial would have been different. *Strickland v. Washington,* 466 U.S. 668, 694, 104 S.Ct. 2052, 2068, 80 L.Ed.2d 674 (1984). A request for change of venue may have properly been denied. Additionally, there is no factual support for prejudice because the charges were tried where filed. However, there is support for a finding by the motion court that the taint of pretrial publicity was removed during voir dire. The court dismissed for cause all venirepersons who acknowledged they may be influenced by the pretrial publicity. Movant's second point fails because movant has not shown the jury would have had a reasonable doubt respecting guilt if movant had testified. *Id.* at 695, 104 S.Ct. at 2068.

An extended opinion would have no precedential value. Judgment is affirmed in accordance with Rule 84.16(b).